IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 1 1 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § § Plaintiff, § § v. § § AUSTIN FOAM PLASTICS, INC., § § Defendant. § | Civil Action No. COMPLAINT JURY TRIAL DEMAND **A09CA 180LY** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the bases of race, Black; and sex, male; and retaliation, and to provide appropriate relief to Scott Rivera, Felix Trejo, Marcus Tyler and a class of similarly situated individuals, who were adversely affected by such practices.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f) (1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Texas, Austin Division.

## PARTIES

3.  Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.  At all relevant times Defendant, Austin Foam Plastics, Inc. ("Austin Foam"), has continuously been a Texas corporation doing business in the State of Texas and Travis County, and has continuously had at least 15 employees.

5.  At all relevant times, Defendant, Austin Foam, has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Scott Rivera, Felix Trejo and Marcus Tyler filed charges with the Commission alleging violations of Title VII by Defendant, Austin Foam. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  Defendant, Austin Foam, violated Section 703(a)(1) of Title VII, 42, U.S.C. § 2000e-2(a), by subjecting Marcus Tyler, Felix Trejo and other Black employees to a hostile work environment based on race, for which Defendant failed to take effective action to correct. Since at least August 30, 2006, Black employees at Austin Foam's facility in Pflugerville, Travis County, Texas, experienced racial harassment from White employees, including members of Defendant's management. White employees and managers of Austin Foam routinely subjected

Black employees to discriminatory intimidation, insults and ridicule, including but not limited to derogatory e-mails, jokes, cartoons and images which denigrated Black persons.

8.  Since at least October 3, 2006, Defendant, Austin Foam, engaged in unlawful employment practices at its Pflugerville, Texas facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a), by regularly subjecting Scott Rivera, Felix Trejo and other similarly situated male employees to a hostile work environment based on their sex when Rose Silver, a female supervisor and manager, made unwelcome sexual comments to male employees, including requests for sexual favors, and unwelcome physical contact of a sexual nature. Ms. Silver also conditioned more favorable terms and conditions of employment based on acquiescence to her sexual advances and overtures.

9.  During March 2007, Defendant, Austin Foam, engaged in unlawful employment practices at its Pflugerville, Texas facility, in violation of Section 704 of Title VII, 42 U.S.C. § 2000e-3, when it terminated Scott Rivera in retaliation for engaging in statutorily protected activities of opposing what he reasonably believed to be discriminatory conduct after he made complaints of discrimination and sexual harassment to Defendant's management.

10. The effect of the practices complained of in paragraphs seven, eight and nine has been to deprive Scott Rivera, Felix Trejo, Marcus Tyler and a class of similarly situated individuals of equal employment opportunities and to otherwise adversely affect their status as employees because of their sex, male, and/or race, Black.

11. The unlawful employment practices complained of in paragraphs seven, eight and nine were intentional.

12. The unlawful employment practices complained of in paragraphs seven, eight and nine were done with malice or with reckless indifference to the federally protected rights of Scott Rivera, Felix Trejo, Marcus Tyler and a class of similarly situated individuals.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, Austin Foam, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any employment practice which facilitates, condones, or encourages a hostile work environment based on sex and/or race and any other employment practice which discriminates on the basis of sex and/or race;

B. Grant a permanent injunction enjoining Defendant, Austin Foam, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any form of retaliation for conduct protected by Title VII;

C. Order Defendant, Austin Foam, to institute and carry out policies, practices, and programs which provide equal employment opportunities for Blacks and those who engage in statutorily protected activity, and which eradicate the effects of its past and present unlawful employment practices;

D. Order Defendant, Austin Foam, to make whole Scott Rivera, by providing appropriate back pay with prejudgment interest, in an amount to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, the reinstatement of Scott Rivera, or front pay in lieu thereof;

E. Order Defendant, Austin Foam, to make whole Scott Rivera, Felix Trejo, Marcus Tyler and a class of similarly situated individuals by providing compensation for past and future

pecuniary losses resulting from the unlawful employment practices described in paragraphs seven, eight and nine, including, but not limited to, relocation expenses, job search expenses, and medical expenses, in an amount to be determined at trial;

F. Order Defendant, Austin Foam, to make whole Scott Rivera, Felix Trejo, Marcus Tyler and a class of similarly situated individuals by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs seven, eight and nine, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in an amount to determined at trial;

G. Order Defendant, Austin Foam, to pay Scott Rivera, Felix Trejo, Marcus Tyler and a class of similarly situated individuals punitive damages for engaging in discriminatory practices with malice or reckless indifference to their federally protected rights as described in paragraphs seven, eight and nine, in an amount to be determined at trial;

H. Grant such further relief as the Court deems necessary and proper in the public interest; and

I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_/s/ Robert A. Canino, w/permission by David Rivela_

ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782

_/s/ Judith G. Taylor w/ permission by David Rivela_

JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
E-mail: judith.taylor@eeoc.gov

_/s/ David Rivela_

DAVID RIVELA
Senior Trial Attorney
Texas State Bar No. 00797324

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Telephone: (210) 281-7619
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**